IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PAUL ZWIER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action File No. |
| | : | |
| EMORY UNIVERSITY and | : | 1:20-cv-03265-MHC-RDC |
| JAMES B. HUGHES, JR., | : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION TO EXTEND DISCOVERY AND TO STAY THE CASE PENDING MEDIATION

Plaintiff Paul Zwier ("Plaintiff") and Defendants Emory University and James B. Hughes, Jr. (collectively "Defendants") jointly file this Motion to Extend Discovery and to Stay the Case Pending Mediation. In an attempt to resolve this matter, Plaintiff and Defendants (collectively the "Parties") have scheduled a mediation with Mr. Hunter Hughes. The first available mediation date for Mr. Hughes and the Parties, however, is April 8, 2021. Discovery is set to expire May 12, 2021, and no depositions have yet been taken.

The Parties intend to use the intervening time to prepare for and participate in the mediation to further the goal of resolving this matter without the need for further litigation. To allow the Parties to focus resources on resolution and not litigation prior to mediation, and to avoid the possibility that there will be insufficient time to

complete discovery if mediation fails, the Parties seek a sixty-day extension of the discovery deadline for this matter through and including July 12, 2021. The Parties also respectfully request that the deadlines in the Scheduling Order [Doc. 23] be extended consistent with this requested discovery extension.

Provided this discovery extension is granted, then the Parties also request that the Court stay the case through April 15, 2021 to permit them to focus their resources and attention on resolution and not litigation. The Parties will notify the Court on or before April 15, 2021, regarding the outcome of the mediation.

Therefore, the Parties respectfully request that this Court extend discovery through and including July 12, 2021, and if this request is granted, to stay this case, through and including April 15, 2021, so that they may mediate their dispute. A proposed order is attached for the Court's convenience.

Respectfully submitted: February 25, 2021.

| | |
|---|---|
| */s/ M. Travis Foust* | */s/ Michael W. Johnston* |
| A. Lee Parks | Michael W. Johnston |
| Georgia Bar No. 563750 | Georgia Bar No. 396720 |
| lparks@pcwlawfirm.com | mjohnston@kslaw.com |
| M. Travis Foust | Rebecca Cole Moore |
| Georgia Bar No. 104996 | Georgia Bar No. 177309 |
| tfoust@pcwlawfirm.com | rmoore@kslaw.com |
| | |
| **PARKS, CHESIN & WALBERT, P.C.** | **KING & SPALDING LLP** |
| 75 14th Street, N.E., 26th Floor | 1180 Peachtree Street, N.E. |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30309 |
| T: (404) 873-8000 | T: (404) 572-4600 |
| F: (404) 873-8050 | F: (404) 572-5100 |

*Counsel for Plaintiff*          *Counsel for Defendants*

*Counsel for Plaintiff*          *Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PAUL ZWIER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action File No. |
| | : | |
| EMORY UNIVERSITY and | : | 1:20-cv-03265-MHC-RDC |
| JAMES B. HUGHES, JR., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021 I filed the within and foregoing **JOINT MOTION TO EXTEND DISCOVERY AND STAY THE CASE PENDING MEDIATION** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing via e-mail to the following counsel of record:

Michael W. Johnston | Rebecca Cole Moore
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
mjohnston@kslaw.com | rmoore@kslaw.com

Respectfully submitted: February 25, 2021.

*/s/ M. Travis Foust*
M. Travis Foust
Georgia Bar No. 104996
tfoust@pcwlawfirm.com