IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAUL ZWIER,

    Plaintiff,

v.

EMORY UNIVERSITY; and
JAMES B. HUGHES, JR.,

    Defendants.

CIVIL ACTION NO.
1:20-cv-03265-MHC-RDC

## **ORDER**

Before the Court is the parties' Joint Motion to Extend Discovery and to Stay the Case Pending Mediation (Doc. 35). Per the Court's Scheduling Order (Doc. 23), the six (6)-month discovery period for this matter is bifurcated, with the initial three (3)-month period devoted exclusively to written discovery having already expired on February 12, 2021. The second three (3)-month discovery period devoted to depositions and any additional written discovery began immediately thereafter, and is currently scheduled to expire on May 12, 2021. The parties have elected to attempt resolution of this matter through private mediation, currently scheduled for April 8, 2021, and they have filed the instant motion to stay all proceedings in this Court so

that they may dedicate resources accordingly to that effort. No depositions have yet taken place.

Upon consideration and for good cause shown, the parties' motion (Doc. 35) is **GRANTED**. All proceedings in this matter are stayed through **April 15, 2021**. The parties are **DIRECTED** to file with this Court on or before that date a status report regarding the parties' progress in this matter. Unless otherwise ordered by this Court, the remaining discovery period devoted to depositions and any additional written discovery shall commence thereafter on **April 16, 2021** and extend through and include **July 12, 2021**. Motions for summary judgment are now due on or before **August 11, 2021**. If neither party files a motion for summary judgment, the proposed Consolidated Pretrial Order is due by **August 18, 2021**.

IT IS SO **ORDERED** on this 26th day of February 2021.

*/s/ R. Cannon*
REGINA D. CANNON
United States Magistrate Judge