IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PAUL ZWIER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action File No. |
| | : | |
| EMORY UNIVERSITY and | : | 1:20-cv-03265-MHC-RDC |
| JAMES B. HUGHES, JR., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiff Paul Zwier and Defendants Emory University and James B. Hughes, Jr., by

and through their undersigned counsel of record, hereby stipulate and agree to the

dismissal with prejudice of all claims in the above captioned action.  All parties agree

to pay their own costs and fees associated with this dismissal.

Respectfully submitted: June 15, 2021.

| | |
|---|---|
| */s/ M. Travis Foust* | */s/ Michael W. Johnston* |
| A. Lee Parks | Michael W. Johnston |
| Georgia Bar No. 563750 | Georgia Bar No. 396720 |
| lparks@pcwlawfirm.com | mjohnston@kslaw.com |
| M. Travis Foust | Rebecca Cole Moore |
| Georgia Bar No. 104996 | Georgia Bar No. 177309 |
| tfoust@pcwlawfirm.com | rmoore@kslaw.com |
| | |
| **PARKS, CHESIN & WALBERT, P.C.** | **KING & SPALDING LLP** |

2

| | |
|---|---|
| 75 14th Street, N.E., 26th Floor | 1180 Peachtree Street, N.E. |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30309 |
| T: (404) 873-8000 | T: (404) 572-4600 |
| F: (404) 873-8050 | F: (404) 572-5100 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PAUL ZWIER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action File No. |
| | : | |
| EMORY UNIVERSITY and | : | 1:20-cv-03265-MHC-RDC |
| JAMES B. HUGHES, JR., | : | |
| | : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2021 I filed the within and foregoing

**STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court

using the CM/ECF system, which will automatically send notification of such filing

via e-mail to the following counsel of record:

A. Lee Parks
M. Travis Foust
**PARKS, CHESIN & WALBERT, P.C.**
75 14th Street, N.E., 26th Floor
Atlanta, Georgia 30309

*/s/ Michael W. Johnston*
Michael W. Johnston
Georgia Bar No. 396720
